UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ANATOLIY AMINOV,

                Plaintiff,                            19-CV-6177 (LTS) (OTW)

                -against-                          **ORDER**

EQUIFAX INFORMATION SERVICES, LLC, et al.,

                Defendants.

---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has been informed that this case has settled as to all parties. Accordingly, the settlement conference scheduled for December 17, 2019 is hereby adjourned.

    **SO ORDERED.**

                                                                   _s/ Ona T. Wang_

Dated: December 13, 2019                            **Ona T. Wang**
        New York, New York                      United States Magistrate Judge